# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2026

By ECF

Honorable Sidney H. Stein
District Judge
Southern District of New York

Re:   *United States v. Kevin Muniz Blazquez*, 26 Cr. 194 (SHS)

Dear Judge Stein:

I write to respectfully request that the Court modify Kevin Muniz Blazquez's bond to permit him to change residences from his uncle's home to his cousin's home. Pretrial Services consents to this request; the Government defers to Pretrial.

As background, Mr. Muniz is indicted on one count of participating in a narcotics conspiracy and is released on bond conditions including, as relevant, a $125K PRB cosigned by two FRPs along with home detention and electronic monitoring at his uncle's home. Mr. Muniz has been compliant with all conditions. Because Mr. Muniz is a smoker, his uncle no longer wishes him to reside in the home. Accordingly, Mr. Muniz seeks permission to instead reside with his cousin, Ashley Rodriguez, at a residence on Willis Avenue in the Bronx. Pretrial has inspected Ms. Rodriguez's home and has found it suitable for Mr. Muniz's supervision.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Evelyn Alvayero, Pretrial Services
      Angela Zhu, Esq.