UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                  :        26-Cr-194 (SHS)

                v.                         :        ORDER

KEVIN MUNIZ BLAZQUEZ and TANIA             :
NADETTE BLAZQUEZ,

                                           :

                Defendants.

------------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

        IT IS HEREBY ORDERED that the initial pretrial conference in this matter is scheduled
for May 27, 2026, at 12:00 p.m. The conference will be held in the U.S. Courthouse, 500 Pearl
Street, New York, New York, in Courtroom 23A.


Dated: New York, New York
        May 20, 2026


                                SO ORDERED:


                                _____
                                Sidney H. Stein, U.S.D.J.