

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 21, 2026

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

>    Re:    *United States v. Keven Muniz Blazquez et al.*, 26 Cr. 194 (SHS)

Dear Judge Stein:

The Government respectfully requests, on consent, the exclusion of time through arraignment, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendants were indicted on May 18, 2026, and the arraignment and initial conference are scheduled for May 27, 2026.

While it is the Government's position that the Speedy Trial clock does not begin to run until the date of arraignment, out of an abundance of caution, the Government seeks the proposed exclusion from May 18, 2026, through May 27, 2026. The Government respectfully submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the Government time to assemble and produce discovery, the defendant time to review discovery, and the parties an opportunity to discuss the possibility of a pretrial resolution of this case. Mr. Muniz Blazquez and Ms. Blazquez, through counsel, have each consented to this request.

>    Respectfully submitted,
>
>    JAY CLAYTON
>    United States Attorney
>
> By:    _____
>    James Mandilk
>    Angela Zhu
>    Assistant United States Attorneys
>    Southern District of New York
>    (212) 637-2453 / -1027

CC:    All Counsel of Record (by ECF)