

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 28, 2026

**BY ECF**
The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

> **Re:    *United States v. Keven Muniz Blazquez et al.*, 26 Cr. 194 (SHS)**

Dear Judge Stein:

The Government respectfully submits a proposed protective order in the above-captioned case in order to facilitate discovery.  The proposed order has been signed by the Government and counsel for the defendants.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

by: _____
Angela Zhu
Assistant United States Attorney
(212) 637-1027

CC:    All Counsel of Record (by ECF)