UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,               :          26-Cr-194 (SHS)

           v.                              :          ORDER

KEVIN MUNIZ BLAZQUEZ,                    :

                Defendant.              :

---------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

      IT IS HEREBY ORDERED that a conference in this matter is scheduled for July 13, 2026, at 2:30 p.m. The conference will be held in Courtroom 23A.


Dated: New York, New York
      July 8, 2026

                            SO ORDERED:

                                Sidney H. Stein, U.S.D.J.