UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                    :        26-Cr-194 (SHS)

            v.                                      :        ORDER

KEVIN MUNIZ BLAZQUEZ,                        :

                 Defendant.              :

-------------------------------------------------------------x

SIDNEY H. STEIN, United States District Judge:

    A conference having been held today with all parties present,

    IT IS HEREBY ORDERED that defendant's conditions of bail are modified as follows:

    Defendant shall successfully complete Cornerstone's 28-day drug detoxification program to be followed by successful completion of a long-term residential drug abuse program. The Court authorizes the removal of defendant's electronic monitor prior to his being admitted to Cornerstone's detoxification program tomorrow morning.

Dated: New York, New York
      July 13, 2026

                          SO ORDERED:

                          _____
                             Sidney H. Stein, U.S.D.J.