UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA,    :  26-cr-194 (SHS)

   -against-      :  ORDER

KEVIN MUNIZ BLAZQUEZ,    :

     Defendant(s).  :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

  A conference having been held today regarding defendant's failure to comply with the conditions of his release,

  IT IS HEREBY ORDERED that at the request of the government, and with the consent of the defense, the defendant is remanded to the custody of the U.S. Marshal for the Southern District of New York.

Dated: New York, New York
   July 16, 2026

          SO ORDERED:

          _____
           Sidney H. Stein, U.S.D.J.