TDB | LAW

Treanor Devlin Brown PLLC

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
+1 (646) 596-4564 m
arlo@tdblaw.com

The Helmsley Building
230 Park Avenue, Suite 450
New York, NY 10169

September 8, 2026

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

**Re: United States v. Blazquez, et al., 26 Cr. 194 (SHS)**

Dear Judge Stein:

We represent Tania Nadette Blazquez. On behalf of our client, co-defendant Kevin Muniz Blazquez and the Government, we respectfully request a four-week adjournment of the motion schedule set at the July 23, 2026 conference. This is the first such request.

There are two reasons. First, both defendants are engaged in discussions with the Government about potential resolution of the matter, which, if successful, would obviate the need for motions.

Second, there have been technical challenges accessing certain material from the Government's discovery that is relevant to both motion practice and plea discussions. The Government expects to be able to address the issue and reproduce the affected material to the defense.

An adjournment of approximately five weeks should enable the defense to obtain and review these portions of the discovery and to continue ongoing discussions with the Government about a potential resolution.

We therefore propose the following schedule:

| | |
|---|---|
| Defense motions: | October 13, 2026 |
| Government opposition: | October 27, 2026 |
| Defense reply: | November 2, 2026 |

The Government requests the exclusion of time under the Speedy Trial Act from September 10 through October 8, 2026 pursuant to 18 U.S.C. § 3161(h)(7)(A). Both defendants consent.

We thank the Court for its consideration.

Respectfully submitted,

Arlo Devlin-Brown

**The request for the extended schedule as set forth above is granted. The time is excluded from calculation under the Speedy Trial Act from today until October 13, 2026. The Court finds that the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial pursuant to 18 U.S.C. Section 3161(h)(7)(A).**

**Dated: New York, New York**
**September 11, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**