Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 14, 2026

By ECF

Honorable Sidney H. Stein
District Judge
Southern District of New York

**Re: *United States v. Kevin Muniz Blazquez*, 26 Cr. 194 (SHS)**

Dear Judge Stein:

I write to inform the court that Keven Muniz Blazquez does not intend to file any pretrial motions pursuant to Fed. R. Crim. P. 12.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Angela Zhu, Esq.