UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>KEVIN MUNIZ BLAZQUEZ,<br>TANIA NADETTE BLAZQUEZ, and<br>FLORES YAROK RIOS-ROSA,<br><br>Defendants. | **ECF CASE**<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**<br><br>No. 26 Cr. 194 (SHS) |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

by: ____________________
James G. Mandilk
Assistant United States Attorney
(212) 637-2453

TO: Counsel of Record (via ECF)